WILLIAM GEYER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and

Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.